UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Melissa K. Shaw,

    Plaintiff,

        v.                         Case No. 1:16cv1133

Commissioner of Social Security,         Judge Michael R. Barrett

    Defendant.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on October 28, 2019 (Doc. 18).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 18) have been filed.

Accordingly, it is **ORDERED** that the R&R (Doc. 18) of the Magistrate Judge is hereby **ADOPTED**. Consistent with the Magistrate Judge, plaintiff's Motion for Attorney Fees (Doc. 15) is **GRANTED** and counsel is awarded attorney fees in the amount of $15,050.00 under 42 U.S.C. § 406(b)(1)(A).

    **IT IS SO ORDERED.**

                                      *s/Michael R. Barrett*
                                      Michael R. Barrett, Judge
                                      United States District Court